# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ELIZABETH MOCTEZUMA BAIRES and WALTER A. BAIRES,<br><br>                    Plaintiffs,<br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>                    Defendant. | Case No. 16-CV-402-JPS<br><br><br><br>**ORDER** |

Plaintiffs initiated this action on February 5, 2016, in Milwaukee County Circuit Court, alleging breach of insurance contracts. (Docket #1-1). The action was removed to this Court on April 1, 2016. (Docket #1). On February 21, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to any party. (Docket #57). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #57) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 22nd day of February, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge